IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEFFREY RICHARDSON, JACKIE RICHARDSON, ASHLEY SMITH, and JENNIFER THOMAS, individually and as the parent and best friend of minors JT and JT, <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL TEFERA TESISA, LINAT LOGISTICS, LLC, BALDEV SINGH, and TOOR FREIGHTLINES, INC. <br><br> Defendants. | No. 23-cv-02160-TMP |

**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT**

On March 9, 2023, the plaintiffs filed a lawsuit in the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis. (ECF No. 1.) On March 24, 2023, defendants Baldev Singh and Toor Freightlines, Inc. filed a notice of removal to the United States District Court. (Id.) The plaintiffs named Samuel Tefera Tesisa individually as a defendant but have failed to locate and serve him. On April 26, 2023, the served parties consented to jurisdiction of the magistrate judge, and the case was referred to the undersigned to conduct all proceedings and order the entry of a final judgment. (ECF No. 17.)

On August 4, 2023, the court issued summons as to Tesisa, but he has still not been served. (ECF No. 31.)

On October 19, 2023, the undersigned entered an order to show cause why the court should not dismiss Tesisa for failure to timely serve him. (ECF No. 38.) The plaintiffs responded on October 23, 2023, and requested a sixty-day extension to serve Tesisa, explaining that they have utilized the services of two private process servers and a private investigator, and "have engaged the statutory power possessed by the State of Tennessee to serve out-of-state defendants on behalf of civil plaintiffs[.]" (ECF No. 41 at p. 2.)

For good cause shown, the extension is GRANTED, and the plaintiffs have until Friday, December 22, 2023, to serve Tesisa.

IT IS SO ORDERED.

                                    s/Tu M. Pham
                                    TU M. PHAM
                                    Chief United States Magistrate Judge

                                  November 21, 2023
                                  Date