## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JEFFREY RICHARDSON; JACKIE RICHARDSON; ASHLEY SMITH; AND JENNIFER THOMAS, INDIVIDUALLY AND AS THE PARENT AND BEST FRIEND OF MINORS JT AND JT** | **PLAINTIFFS** |
| **VERSUS** | **CIVIL ACTION NO. 2:23-CV-02160** |
| **SAMUEL TEFERA TESISA; LINAT LOGISTICS, LLC; BALDEV SINGH; AND TOOR FREIGHTLINES, INC.** | **DEFENDANTS** |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Motion *ore tenus* of the parties, Plaintiffs and Defendants, Samuel Tefera Tesisa and Linat Logistics, LLC, only, for the entry of an Order dismissing the said Defendants, only, from the above-styled and numbered cause, all claims asserted therein against them, all Complaints and amendments thereto, all pending Motions and all claims that could have been but were not asserted by the said parties in said action, with prejudice. Counsel for Plaintiffs, by virtue of signature below, has verified Plaintiffs' compliance with TCA §71-5-117(g) and confirms that there are no known TennCare subrogation claims of the State of Tennessee or any entity acting pursuant to TCA §71-5-117(f) that remain unaddressed in this action, i.e. TennCare liens. Counsel for the Plaintiffs, by virtue of signature below, verifies there are no hospital liens of record which remain unsatisfied or that arrangement has been made with the hospital to satisfy its lien from the proceeds of the settlement, and the Court, after having considered the Motion of the parties, being fully advised in the premises, finds that said Motion is well taken and should be granted.  It is, therefore,

ORDERED AND ADJUDGED, that all pending Motions as between these parties only, if any, be and the same are hereby withdrawn; that the Complaint filed herein by the Plaintiffs against these said Defendants, only, all amendments thereto, all other matters and proceedings of any nature pending between these parties, and all claims and causes of action that could have been but were not asserted herein as against these Defendants be, and the same are hereby, fully, finally and forever dismissed with prejudice.

ORDERED AND ADJUDGED, that each party shall bear its own discretionary costs, fees and expenses.  The Clerk's Bill of Costs in this cause will be addressed at such time as the remaining claims herein against the non-dismissed Defendants are concluded.

SO ORDERED and ADJUDGED, this __20th__ day of __March__, 2024.

_s/Tu M. Pham_
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED:

 /s/Timothy D. Crawley                           /s/Quinton Thompson
Timothy D. Crawley / (BPR#35576)         Quinton Thompson / (BPR#34468)
ANDERSON CRAWLEY & BURKE, PLLC           MORGAN & MORGAN – MEMPHIS, LLC
POST OFFICE BOX 2540                     80 MONROE AVE., STE. 900
RIDGELAND, MS 39158                      MEMPHIS, TN 38103
TELEPHONE: (601) 707-8800                TELEPHONE: (901) 333-1851
FACSIMILE:  (601) 707-8801               FACSIMILE:  (901) 524-1798
E-MAIL:     TCrawley@ACBLaw.com          QThompson@forthepeople.com
*Attorney for Defendants, Samuel         Attorney for Plaintiffs*
*Tefera Tesisa and Linat Logistics, LLC*

Prevail History/3025.009/Pleadings - Dispositive