## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JEFFREY RICHARDSON; JACKIE RICHARDSON; ASHLEY SMITH; and JENNIFER THOMAS, individually and as the parent and best friend of minors JT and JT, | ) ) ) ) ) ) | **Docket No. 2:23-CV-02160** **NOTICE OF ENTRY REQUIRED** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SAMUEL TEFERA TESISA; LINAT LOGISTICS, LLC; BALDEV SINGH; and TOOR FREIGHTLINES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER AUTHORIZING INSPECTION
## AND COPYING OF RECORDS

It appearing to the Court that the parties are in agreement and for other good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that Trammell, Adkins & Ward, P.C. and/or its designated agents or representatives shall be allowed to inspect and copy any and all of the following types of records/information concerning **Jackie Richardson** (DOB: 07/01/1960_____) (SSN: _____), for the discovery purposes in the above-styled lawsuit according to the terms set forth herein.  Any and all persons having custody of such records shall regard a true copy of this Order as full and complete authorization to produce and permit inspection and/or copying of such records, provided that Trammell, Adkins & Ward, P.C. pay the costs of any such copying.

1.     MEDICAL RECORDS -- Any and all medical records from any and all medical doctors, osteopaths, chiropractors, pharmacists, nurses, radiological technicians, laboratory technicians, physical therapists, hospitals, medical rehabilitative facilities, and  any other medical personnel or health care facilities or providers of any kind or nature, and including but not limited to any and all reports, records, notes, orders, consultations, correspondence, assessments, telephone calls/messages, all pharmaceutical records without exclusion, bills, radiographic reports, radiological films and images, laboratory  reports, pathology reports, or

1

other medical records, including those prepared by other treatment facilities or providers which may be included in the patient's chart or record, **with the specific exception of treatment records of psychologists or psychiatrists, or other mental health treatment**, including but not limited to protected health information as defined at 45 C.F.R. § 164.500, *et seq.* (the HIPAA Privacy Rule). Notice will be provided to Plaintiffs attorney if any records are reviewed but not copied.  Any such notice will specify  which records have been reviewed but not copied.  This order does not **allow representatives of anyone other than Jackie Richardson to speak to any provider out of the presence of Jackie Richardson or her attorney.**

2.       EMPLOYMENT, INSURANCE AND EDUCATIONAL RECORDS - Any and all personnel records, attendance records, sick leave records, leave of absence records, disability records, workers compensation records, vacation records, evaluations, grievance file, insurance records, compensation records, school records, medical records and any and all other records kept or compiled, past or present, by any employer, insurer, school, university, trade school or local, state or federal governmental body or agency, pertaining to the health, employment and/or educational pursuits of **Jackie Richardson.**

3.       SOCIAL SECURITY ADMINISTRATION RECORDS -- Any and all Social Security Administration records pertaining to **Jackie Richardson,** including but not limited to, wage earning records, any records pertaining to a claim by or on behalf of  **Jackie Richardson,** for disability insurance benefits and/or Supplemental Security Income under the Social Security Act.

4.       DEPARTMENT OF EMPLOYMENT SECURITY RECORDS - Any and all Tennessee Department of Employment Security records pertaining to **Jackie Richardson,** including, but not limited to wage earning records, any records pertaining to a claim for, application for, provision of, or appeal by or on behalf of **Jackie Richardson** for any benefits administered by the Tennessee Department of Employment Security, said confidentiality provision set for in T.C.A. §50-7-701, *et seq,* being waived by **Jackie Richardson**.

Further, it is **ORDERED** that **Trammell, Adkins & Ward, P.C. is** hereby *authorized* to provide a copy of any written medical information/records obtained regarding **Jackie Richardson** to any co-defendants or their representatives, either directly or by way of outside copy services.  This paragraph only *authorizes*  release of what may otherwise be protected or

private information.  It is further

**ORDERED** that in accordance with the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. §§ 160 and 164, the plaintiff acknowledges, to counsel, that release of records obtained with this Order shall be used for discovery purposes in the above-styled litigation, that any request for records shall include all records pertaining to the treatment rendered to the plaintiff, that records obtained pursuant to this Order may be disseminated to agents, employees and/or associates of the attorney for parties, the parties, their representatives, their expert witnesses, and their insurance companies.  Any such information disseminated will no longer be protected by HIPAA privacy standards.  It is further

**ORDERED** that after the conclusion of this litigation any records obtained by use of this Order shall not be disseminated unless dissemination is required by law or in response to legal process or a subpoena or Court Oder requiring dissemination of the records obtained.

In accordance with HIPAA, **Trammell, Adkins & Ward, P.C.** hereby acknowledges that dissemination of records obtained pursuant to this Order shall be limited to agents and/or associates, including, without limitation, Defendant(s) or their representatives and expert witnesses.

It is further **ORDERED** that the defendant(s) will provide copies of all documents received to Plaintiff's attorney within fifteen (15) days of defendant's receipt of said records but no later than 48 hours prior to their use in a trial or deposition.

**THIS ORDER MAY BE USED ONLY TO SECURE RECORDS AND NOT FOR ANY PRIVATE CONVERSATION WITH A TREATING PHYSICIAN.**

This Order may not be unilaterally revoked by the Plaintiff without the express permission of the Court.

A copy of this Order shall be treated as an original and all individuals and entities, including governmental entities, are hereby ORDERED to promptly provide all records requested to an attorney or other representative of the law firm of Trammell, Adkins & Ward, P.C. This authorization complies with the provisions of the HIPAA Privacy Rules and shall remain in effect until the final disposition of the above-styled lawsuit.

3

**ENTER** this 21st day of  May        , 2024.


                             s/Tu M. Pham
                             **JUDGE TU M. PHAM**


**APPROVED FOR ENTRY:**

**MORGAN & MORGAN MEMPHIS, LLC**


By  s/*Quinton E. Thompson*
       Quinton E. Thompson (BPR No.34468)
       Attorney for Plaintiffs
       **Morgan and Morgan- Memphis, LLC**
       80 Monroe Avenue, Suite 900
       Memphis, TN 38103
       P: (901) 333-1851
       F: (901) 524-1798
       E: qthompson@forthepeople.com


**TRAMMELL, ADKINS & WARD, P.C.**


By  s/*Terrill L. Adkins*
       Terrill L. Adkins, Esq. BPR#013138
       Attorneys for Baldev Singh and Toor Freightlines, Inc.
       1900 N. Winston Road, Suite 600
       Knoxville, TN 37919
       terryadkins@tawpc.com (email)
       (865) 330-2577 (phone)
       (865) 330-2578 (fax)

4